✓ #110   # 129143
FILED
2010 DEC 22 PM 1:29
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO**

In re:   TIMOTHY B. PAULY          )     Case No. 09-36385

                                                  )     Chapter 7

                Debtor(s).        )     Judge: MARY ANN WHIPPLE

### TRANSMITTAL OF UNCLAIMED FUNDS

John N. Graham, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

   Claim #4    Columbia Gas of Ohio                           $3.28
               200 Civic Center Dr., 11th Floor
               Columbus, OH  43215

   Claim #7U   Dept. of Public Utilities                      $4.74
               c/o Legal Department
               420 Madison Ave., #100
               Toledo, OH  43667-0001

2. Your Trustee's check for $8.02 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

Date   12/20/2010                               _____
                                                John N. Graham, Trustee